NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PAUL JEROME OWENS, DOC #820823,    )
                                   )
            Appellant,             )
                                   )
v.                                 )
                                   )   Case No.  2D17-2862
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed October 12, 2018.

Appeal from the Circuit Court for Polk
County; William D. Sites, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan D. Dunlevy,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and KHOUZAM and SLEET, JJ., Concur.